# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | January 21, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 18-cv-1174-bhl |
| CASE NAME: | Fondren v. Van Lanen |
| MATTER: | Continued Status Conference |
| APPEARANCES: | Bryan House and Paul Piaskoski, Attorneys for Plaintiff |
| | Samir Jabir and Brandon Flugaur, Attorneys for Defendant |
| TIME: | 10:05 a.m. – 10:24 a.m. |
| COURTROOM DEPUTY: | Melissa P. |

AUDIO OF THIS HEARING IS AT ECF NO. 110

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. Due to the recent recruitment of counsel to represent the plaintiff, the Court will issue an amended scheduling order. The Court having modified the previous deadlines set forth in the Scheduling Order dated March 10, 2020,

**IT IS ORDERED:** Defendant's Motion in Limine (ECF No. 98) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED:** Defendant's Unopposed Motion for Extension of Time to File Pretrial Filings (ECF No. 85), Plaintiff's Motions for Subpoenas to Produce Witnesses (ECF Nos. 87 and 90), Defendant's Unopposed Motion to Stay Pretrial Deadlines and to Request a Scheduling Conference (ECF No. 92), and Plaintiff's Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion in Limine (ECF No. 109) are **DENIED** as moot.

Dated at Milwaukee, Wisconsin this 21st day of January, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge